# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# NORTHERN DIVISION

| | |
|---|---|
| MATTHEW KURTENBACH,<br><br>        Plaintiff,<br><br>-vs-<br><br>SECURUS TECHNOLOGIES,<br><br>        Defendant. | Case No. 21-cv-01006-CBK |

## SECURUS TECHNOLOGIES, LLC'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Securus Technologies, LLC respectfully moves the Court to dismiss Plaintiff's Complaint. As grounds for this Motion, Defendant states that Plaintiff's Complaint fails to allege a claim upon which relief may be granted. This Motion is supported by the pleadings filed herein, and the *Brief in Support of Securus Technologies LLC's Motion to Dismiss*, which is served and filed with this Motion.

Dated: June 17, 2021

Respectfully submitted,

 /s/ Zachary W. Peterson
*Counsel for Defendant Securus Technologies, LLC*

RICHARDSON, WYLY, WISE,
SAUCK & HIEB, LLP
1 Court Street
Aberdeen, SD 57401
Telephone: (605) 225-6310
Email: ZPeterson@rwwsh.com

Motions for Admission *Pro Hac Vice* forthcoming for:
Adam R. Fox (CABN 220584)
Gabriel Colwell (CABN 216783)
Squire Patton Boggs (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, California 90071
Telephone: (213) 624-2500
Email: Adam.Fox@SquirePB.com
      Gabriel.Colwell@SquirePB.com

## CERTIFICATE OF SERVICE

      The undersigned, one of the attorneys for Defendant Securus Technologies, LLC, hereby certifies that on the 17th day of June, 2021, a true and correct copy of **SECURUS TECHNOLOGIES, LLC'S MOTION TO DISMISS** was sent for service by first-class U.S. mail to:

Mr. Matthew C. Kurtenbach
Inmate #262814
MCF Faribault
1101 Linden Lane
Faribault, MN 55021

Dated: June 17, 2021                Respectfully submitted,

                                              /s/ Zachary W. Peterson
                                        *Counsel for Defendant Securus Technologies, LLC*

                                        RICHARDSON, WYLY, WISE,
                                        SAUCK & HIEB, LLP
                                        1 Court Street
                                        Aberdeen, SD 57401
                                        Telephone: (605) 225-6310
                                        Email: ZPeterson@rwwsh.com

                                        Motions for Admission *Pro Hac Vice* forthcoming for:
                                        Adam R. Fox (CABN 220584)
                                        Gabriel Colwell (CABN 216783)
                                        Squire Patton Boggs (US) LLP
                                        555 South Flower Street, 31st Floor
                                        Los Angeles, California 90071
                                        Telephone: (213) 624-2500
                                        Email: Adam.Fox@SquirePB.com
                                                    Gabriel.Colwell@SquirePB.com