**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U S Marshal"

| | |
|---|---|
| PLAINTIFF Matthew Kurtenbach | COURT CASE NUMBER 1:21-CV-01006-CBK |
| DEFENDANT Securus Technologies | TYPE OF PROCESS Summons + Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION ETC TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Securus Technologies C/O CT Corporation System
ADDRESS (Street or RFD, Apartment No, City, State and ZIP Code)
314 S. Coteau St., Pierre, SD 57501

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Matthew Kurtenbach #262814
MCF Faribault
1101 Linden Lane
Faribault, MN 55021

Number of process to be served with this Form 285: 2
Number of parties to be served in this case: 1
Check for service on U S A

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

CT Corporation System

RECEIVED
U.S. MARSHAL
SIOUX FALLS, SD
2021 MAY 21 PM 3:17

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: N/A
DATE: 5-15-21

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No 73 | No 73 | | 5/21/21 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc, at the address shown above on the on the individual, company, corporation, etc shown at the address inserted below

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc named above (See remarks below)

Name and title of individual served (if not shown above)
Deborah Raymond

Address (complete only different than shown above)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 5/27/2021   Time: 12:00   [X] pm

Signature of U S Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U S Marshal or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65" | 0.56 | - | 65.56 | . | 65.56 |

REMARKS: Served to Deborah Raymond, Intake Spec. @ CT Corp. System / Deputy Dour / nill

DISTRIBUTE TO:
1 CLERK OF THE COURT
2 USMS RECORD
3 NOTICE OF SERVICE
4 BILLING STATEMENT* To be returned to the U S Marshal with payment, if any amount is owed. Please remit promptly payable to U S Marshal
5 ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev 11/13

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Securus Technologies
was received by me on *(date)* 5/26/2021.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Deborah Raymond, who is designated by law to accept service of process on behalf of *(name of organization)* Securus Technologies c/o CT Corp. System on *(date)* 5/27/2021 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 65ºº for travel and $ 0.56 for services, for a total of $ 65.56 ~~0.00~~.

I declare under penalty of perjury that this information is true.

Date: 6/1/2021

_____
Server's signature

Spencer O'Bryan DUSM
Printed name and title

225 S. Pierre St., Pierre, SD
Server's address

Additional information regarding attempted service, etc: