UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| MATTHEW C. KURTENBACH,<br><br>Petitioner,<br><br>vs.<br><br>SECURUS TECHNOLOGIES,<br><br>Respondent. | 1:21-CV-01006-CBK<br><br><br>JUDGMENT OF DISMISSAL |

The Court having entered its Order on May 27, 2022, it is hereby,

ORDERED that Petitioner Matthew C. Kurtenbach's Complaint is dismissed as stated in the Order.

Dated this 27th day of May, 2022.

MATTHEW W. THELEN, Clerk

By: _____
Matthew W. Thelen
Clerk